**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASBIR SINGH,<br><br>        Plaintiffs,<br><br>   v.<br><br>VR CARRIER, INC.; HAROLD JAMES FOSTER and DOES 1 to 100, Inclusive,<br><br>        Defendants. | No. 2:21-cv-09734 JAK (JPRx)<br><br>(LASC Case No. 21STCV29156)<br><br>**ORDER RE STIPULATION TO CAP PLAINTIFF'S DAMAGES AND REMAND (DKT. 11) JS-6** |

Based on a review of the parties' Stipulation to Cap Plaintiff's Damages and Remand (the "Stipulation" (Dkt. 11)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. IT IS HEREBY ORDERED THAT:

    1. Plaintiff's damages are capped at $74,999.99; and

    2. In light of this limitation and the $75,000 jurisdictional requirement pursuant to 28 U.S.C. § 1332, this action is remanded to the Los Angeles County Superior Court, Case No. 21STCV29156, at its Stanley Mosk Courthouse.

**IT IS SO ORDERED.**

Date: <u>January 4, 2022</u>

                                            _____<br>John A. Kronstadt<br>United States District Judge